

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

HECTOR BECERRA-MARES

          Defendant.

Case No.: '22 MJ3116

COMPLAINT FOR VIOLATION OF

Title 18, U.S.C., §§ 751(a) and 4082(a) -
Escape Federal Custody (Felony)

      The undersigned complainant being duly sworn states:

On August 24, 2022, within the Southern District of California, defendant Hector Becerra-Mares, did escape from an institution and facility in which he was confined by direction of the Attorney General, or his authorized representative, by willfully failing to remain within the extended limits of his confinement, to wit: Core Civic Inc, located at 551 South 35th Street, San Diego, California, said custody and confinement being by virtue of his felony conviction for possession of methamphetamine with intent to distribute, in violation of Title 21, United States Code, § 841; all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

      And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

Derrick Brady
Deputy U.S. Marshal
U.S. Marshals Service

Attested to by the applicant in accordance with the requirements of Fed R. Crim. P. 4.1, by telephone on this 26th day of August 2022.

HONORABLE MICHAEL S. BERG
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Derrick Brady, being duly sworn, hereby depose and say.

I am currently employed as a Deputy United States Marshal (DUSM) and have been so employed for approximately two (2) years.

On August 24, 2022, I was assigned to investigate the escape and current whereabouts of BECERRA-MARES, HECTOR, who was placed in escape status at Core Civic, Inc. located 551 South 35th Street, San Diego, CA 92113. Following my assignment to this case, I reviewed records maintained by Core Civic, Inc., the Bureau of Prisons, United States District Court, and the United States Marshals Service for relevant information and documents which provided the following facts:

BECERRA-MARES received a sentence of Six  (6) months followed by three years of supervision from U.S. Magistrate Court Judge Ruth Montenegro, in the  Southern District of California for violation of 8 USC 1324(a)(1)(A)(ii), transportation of certain aliens and aiding and abetting.

On August 24, 2022, BECERRA-MARES signed out from Core Civic, Inc. for a job interview with a return time of 4:30 PM. The BOP duty officer extended his return time to 6:00 PM. The staff at Core Civic contacted BECERRA-MARES at 5:05 PM and he indicated he was returning in 5 minutes. BECERRA-MARES failed to return the facility at 6:00 PM and was placed into escape status.

His whereabouts are unknown currently.

On 8/24/2022, BECERRA-MARES escaped from Core Civic, Inc., San Diego, California.

BECERRA-MARES remains a fugitive at large as his current whereabouts are unknown.

Dated: August 26th, 2022

Derrick Brady
Deputy U.S. Marshal